IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR83** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **MICHAEL HOLMES,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 26) to restrict the filing of two documents (Filing Nos. 27, 28) pursuant to the E-Government Act.

IT IS ORDERED:

1. The Defendant's motion (Filing No. 26) is granted; and

2. The documents filed by the Defendant (Filing Nos. 27, 28) are restricted pursuant to the E-Government Act.

DATED this 9th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge